IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 19 2004
CLERK, U.S. DISTRICT COURT
By _____
Deputy

SHEILA K. BARNES, et al., )
)
      Plaintiffs, )
)
v. )
)
RONALD BARNES, et al., )
) Civil Action No.
      Defendants. ) 1:03-CV-231-C

## ORDER

The Court having considered the Motion for Leave to Amend Answer filed by Defendant Ronald Barnes on February 17, 2004, is of the opinion that the same should be **DENIED** for failing to contain a certificate of conference, as required by Local Rule 7.1.

SO ORDERED.

Dated February 18, 2004.

*/s/ Sam R. Cummings*
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE